IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-161-RLV-DCK

| | |
|---|---|
| MICHAEL FOSTER and RONALD BOUCHARD, individually and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC. and NILOY INC. d/b/a DCT SYSTEMS,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Gilda Hernandez, concerning Catherine T. Mitchell on September 9, 2016. Ms. Catherine T. Mitchell seeks to appear as counsel *pro hac vice* for Plaintiffs Michael Foster and Ronald Bouchard, et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Ms. Catherine T. Mitchell is hereby admitted *pro hac vice* to represent Plaintiffs Michael Foster and Ronald Bouchard, et al.

**SO ORDERED**.

Signed: September 9, 2016

David C. Keesler
United States Magistrate Judge