IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-161-RLV-DCK

| | |
|---|---|
| MICHAEL FOSTER and RONALD BOUCHARD, individually and for all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| LOWE'S COMPANIES, INC. and NILOY INC. d/b/a DCT SYSTEMS, | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Gilda Hernandez, concerning James B. Zouras on September 9, 2016. Mr. James B. Zouras seeks to appear as counsel *pro hac vice* for Plaintiffs Michael Foster and Ronald Bouchard, et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. James B. Zouras is hereby admitted *pro hac vice* to represent Plaintiffs Michael Foster and Ronald Bouchard, et al.

**SO ORDERED**.

Signed: September 9, 2016

David C. Keesler
United States Magistrate Judge