IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-161-RLV-DCK

| | |
|---|---|
| **MICHAEL FOSTER and RONALD BOUCHARD**, individually, and for all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| **LOWE'S COMPANIES, INC.; and NILOY INC. d/b/a DCT SYSTEMS,** | )<br>) |
| | ) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Lowe's Companies, Inc.'s Second Consent Motion To Extend Time For Filing Of Responsive Pleading" (Document No. 17) filed December 15, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiffs' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Lowe's Companies, Inc.'s Second Consent Motion To Extend Time For Filing Of Responsive Pleading" (Document No. 17) is **GRANTED**. Defendant Lowe's Companies, Inc. shall have up to and including **December 30, 2016** to file an answer or otherwise respond to Plaintiffs' Complaint.

Signed: December 15, 2016

David C. Keesler
United States Magistrate Judge