IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-161-RLV-DCK

| | |
|---|---|
| MICHAEL FOSTER and RONALD BOUCHARD, individually, and for all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| LOWE'S COMPANIES, INC.; and NILOY INC. d/b/a DCT SYSTEMS, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Parties' Joint Motion to Stay Proceedings" (Document No. 35) filed February 28, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Parties' Joint Motion to Stay Proceedings" (Document No. 35) is **GRANTED with modification**. This case is **STAYED** up to and including **April 4, 2017**.

**IT IS FURTHER ORDERED** that a Mediator's Report shall be filed by **April 7, 2017**. If the parties do not reach a full settlement, they shall file a Certification of Initial Attorney's Conference by **April 14, 2017**. See Local Rule 16.1.

**SO ORDERED**.

Signed: March 1, 2017

David C. Keesler
United States Magistrate Judge