**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:16-CV-161-RLV-DCK**

| | |
|---|---|
| **MICHAEL FOSTER and** ) <br> **RONALD BOUCHARD, individually, and for** ) <br> **all others similarly situated,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **LOWE'S COMPANIES, INC.; and NILOY** ) <br> **INC. d/b/a DCT SYSTEMS,** ) <br> ) <br> **Defendants.** ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Unopposed Motion For Leave To Amend Their First Amended Complaint" (Document No. 40) filed June 28, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting defendants do not oppose the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Unopposed Motion For Leave To Amend Their First Amended Complaint" (Document No. 40) is **GRANTED**.[1] Plaintiffs shall have up to and including **July 3, 2017** to file their Amended Complaint.

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."

**SO ORDERED**.

Signed: June 29, 2017

David C. Keesler
United States Magistrate Judge