IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-161-RLV-DCK

| | |
|---|---|
| MICHAEL FOSTER and RONALD BOUCHARD, individually, and for all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| LOWE'S COMPANIES, INC.; and NILOY INC. d/b/a DCT SYSTEMS, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Lowe's Companies, Inc.'s Consent Motion To Extend Time For Filing Of Responsive Pleading" (Document No. 43) filed July 11, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting Plaintiffs' consent to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Lowe's Companies, Inc.'s Consent Motion To Extend Time For Filing Of Responsive Pleading" (Document No. 43) is **GRANTED**. Defendant Lowe's Companies, Inc. shall have up to and including **August 3, 2017** to file its responsive pleading to Plaintiffs' "Second Amended Collective/Class Action Complaint" (Document No. 42).

Signed: July 11, 2017

David C. Keesler
United States Magistrate Judge